THE PEOPLE OF THE STATE OF NEW YORK v. MORRIS GOLDSMITH.— Motion granted. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

REGINALD S. H. VENABLE and Another v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant stipulate that appeal be argued or submitted on June 12, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HUGH MONTAGUE and Others v. THOMAS F. COONEY and Others.— The witness is directed to answer the questions certified; in default of which he will be punished for contempt. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARION CONVERSE, Respondent, v. CONVERSE M. CONVERSE, Defendant. (BANKERS TRUST COMPANY OF NEW YORK and WILLIAM NELSON CROMWELL, as Trustees, etc., Appellants.) — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PHILIP J. MORRIS, Appellant, v. SAMUEL McMILLAN, JR., Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAM EDELMAN, Appellant, v. LAURENCE COHN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RICHARD CHONUS and FLORINDO S. POLO, Plaintiffs, v. BANK OF NEW YORK AND TRUST COMPANY, as Trustee, etc., of FLORENCE B. FISH, Deceased, Respondent. TILROSE ASSOCIATES, INC., and Another, Defendants, and LEONARD J. BECK, INC., Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SOUTH CAROLINA PRODUCE ASSOCIATION, Respondent, v. P. S. COLLINS & Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

J. BROOKS NICHOLS and Another, Respondents, v. CLARK, MACMULLEN & RILEY, INC., and Others, Appellants.— Order reversed, without costs of this appeal, and motion granted. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY KROGER and Others, Appellants, v. HUGO JABURG, JR., Also Known as HUGO F. JABURG and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present,— Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.